■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS BEDFORD, Appellant. [890 NYS2d 887]

Concur—Gonzalez, P.J., Mazzarelli, Nardelli, Acosta and Román, JJ.